UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

EBONE HARRIS
    Plaintiff

    v.                                            Dkt. No. 15 cv.6341 (NG) (JO)

CITY OF NEW YORK, et al.
    Defendants
                                                  NOTICE OF APPEARANCE
_____


Aaron David Frishberg, Esq., of counsel to Stevens, Hinds & White, PC, hereby

appears as co-counsel for Ebone Harris, Plintiff herein.

                                                              Respectfully submitted,

                                                              /s/

                                    Aaron David Frishberg
                                    of counsel to Stevens,Hinds & White, PC
                                    Attorneys for Plaintiff
                                    75 Maiden Lane
                                    New York, NY 10038
                                    2122 864 4445
                                    shhwpc@aol.com